KAVANAGH ET AL. *v.* BROWN, TREASURER OF MICHIGAN, ET AL.

No. 299.   Decided October 22, 1962.

*Thomas M. Kavanagh* and *Eugene F. Black,* appellants, *pro se.*

*Frank J. Kelley,* Attorney General of Michigan, *Eugene Krasicky,* Solicitor General, and *Stanton S. Faville,* Chief Assistant Attorney General, for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

CITY OF AKRON ET AL. *v.* OHIO EX REL. McELROY, ATTORNEY GENERAL.

No. 327.   Decided October 22, 1962.

*James V. Barbuto* and *Sal Germano* for appellants.

*Mark McElroy,* Attorney General of Ohio, and *Theodore R. Saker* and *Jay C. Flowers,* Assistant Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.